No. 5,657.—JULIA L. DANSEREAU, Respondent, v. CITY
OF BUTTE, Appellant.

*Appeal from District Court, Silver Bow County, in the Sec-
ond Judicial District; Joseph C. Smith, a Judge of the Fifth
District, Presiding.*

Decided March 27, 1925.

PER CURIAM.—Upon motion of counsel for appellant, the appeal herein is dismissed.

*Mr. J. T. Andrews* and *Mr. F. E. Blodgett*, for Appellant.

*Mr. Wm. N. Waugh* and *Mr. N. A. Rotering*, for Respondent.